# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OPENWAVE SYSTEMS INC., <br> Plaintiff, <br> vs. <br> APPLE INC., RESEARCH IN MOTION LTD. and RESEARCH IN MOTION CORP., <br> Defendants. | C.A. No. 11-765 MSG |

## STIPULATION AND [PROPOSED] ORDER
## TO STAY ACTION PENDING ITC DETERMINATION

Plaintiff Openwave Systems Inc. ("Openwave") and Defendants Apple Inc. ("Apple"), Research In Motion Ltd. and Research In Motion Corp. (collectively "RIM") hereby stipulate, subject to the approval of the Court, as follows:

On August 31, 2011, Openwave filed its Complaint against Apple and RIM in this action ("the Delaware action"), alleging infringement of U.S. Patent Nos. 6,233,608, 6,289,212, 6,405,037, 6,430,409 and 6,625,447.

These same five patents are at issue in an ongoing ITC action, Investigation No. 337-TA-809 ("the ITC action"), instituted on October 7, 2011.

Pursuant to 28 U.S.C. § 1659, Apple and RIM are entitled to a mandatory stay of the Delaware action until the determination of the Commission becomes final.

The parties agree to an immediate stay of the Delaware action until such time as the ITC action has been finally resolved.

| | |
|---|---|
| */s/ Rodger D. Smith II*<br>Jack B. Blumenfeld (#1014)<br>Rodger D. Smith II (#3778)<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 North Market Street<br>Wilmington, DE 19801<br>(302) 658-9200<br>rsmith@mnat.com<br><br>*Attorneys for Plaintiff Openwave Systems Inc.* | */s Richard K. Herrmann*<br>Richard K. Herrmann (#405)<br>Mary B. Matterer (#2696)<br>Kenneth L. Dorsney (#3726)<br>MORRIS JAMES LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, Delaware 19801<br>(302) 888-6800<br>rherrmann@morrisjames.com<br><br>*Attorneys for Defendant Apple Inc.* |
| | */s/ Richard L. Horwitz*<br>Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>POTTER ANDERSON & CORROON LLP<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19899<br>(302) 984-6000<br>rhorwitz@potteranderson.com<br><br>*Attorneys for Defendants Research In Motion Ltd. and Research In Motion Corp.* |

**IT IS SO ORDERED** this ____ day of _____, 2011.

_____
United States District Court Judge