IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OPENWAVE SYSTEMS INC., | : |
| Plaintiff, | : |
| v. | : Civil Action NO. 11-765-MSG |
| APPLE INC., et al., | : |
| Defendants. | : |

## **O R D E R**

WHEREAS, the above-captioned case has been stayed (D.I. 7) due to litigation that is presently pending before the United States International Trade Commission (the "ITC"), initiated on October 7, 2011;

NOW THEREFORE, IT IS HEREBY ORDERED that, the above-captioned case is **ADMINISTRATIVELY CLOSED**.  The parties shall promptly notify the Court when the ITC litigation has been resolved so that the case may be reopened and other appropriate action may be taken.

October 18th, 2011            /s/ Mitchell S. Goldberg
   DATE                                     MITCHELL S. GOLDBERG
                                                   UNITED STATES DISTRICT JUDGE