IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OPENWAVE SYSTEMS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 11-765 (RGA) |
| ) | |
| APPLE INC., RESEARCH IN MOTION ) | |
| LTD. and RESEARCH IN MOTION CORP., ) | |
| ) | |
| Defendants. ) | |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that the time for plaintiff to serve and file its Answering Brief in opposition to Defendants' Joint Motion to Dismiss or Strike Claims in Unwired Planet's First Amended Complaint (D.I. 12) and its response to Defendants' Joint Request for Judicial Notice (D.I. 14) is extended until February 25, 2013.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | MORRIS JAMES LLP |
| | |
| /s/ Rodger D. Smith II | /s/ Mary B. Matterer |
| _____ | _____ |
| Jack B. Blumenfeld (#1014) | Richard K. Herrmann (#405) |
| Rodger D. Smith II (#3778) | Mary B. Matterer (#2696) |
| 1201 North Market Street | Kenneth L. Dorsney (#3726) |
| P.O. Box 1347 | 500 Delaware Avenue, Suite 1500 |
| Wilmington, DE 19899-1347 | Wilmington, DE 19801 |
| (302) 658-9200 | rherrmann@morrisjames.com |
| jblumenfeld@mnat.com | mmatterer@morrisjames.com |
| rsmith@mnat.com | kdorsney@morrisjames.com |
| | |
| *Attorneys for Plaintiff Unwired Planet, Inc., f/k/a Openwave Systems Inc.* | *Attorneys for Defendant Apple Inc.* |

        POTTER ANDERSON & CORROON LLP

        */s/ David E. Moore*

        _____
        Richard L. Horwitz (#2246)
        David E. Moore (#3983)
        1313 North Market Street, 6th Floor
        Wilmington, DE  19899
        rhorwitz@potteranderson.com
        dmoore@potteranderson.com

        *Attorneys for Defendants Research in Motion Ltd. and Research in Motion Corp.*

SO ORDERED this ___ day of _____, 2013.

        _____
                        U.S.D.J.

7002328.1