**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| OPENWAVE SYSTEMS INC., | ) |
| | ) |
| Plaintiff,        Plaintiff, | ) |
| | )   C.A. No. 11-765-RGA |
| v. | ) |
| | )   **JURY TRIAL DEMANDED** |
| APPLE INC., et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

**DEFENDANTS RESEARCH IN MOTION LTD., RESEARCH IN MOTION
CORP., AND APPLE INC.'S  ANSWERING BRIEF IN OPPOSITION TO
PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT**

Richard K. Herrmann (#405)
Mary B. Matterer (#2696)
Kenneth L. Dorsney (#3726)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801
(302) 888-6800
rherrmann@morrisjames.com
mmatterer@morrisjames.com
kdorsney@morrisjames.com

*Attorneys for Defendant Apple Inc.*

Richard L. Horwitz (#2246)
David E. Moore (#3983)
Bindu A. Palapura (#5370)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com
bpalapura@potteranderson.com

*Attorneys for Defendants Research in Motion
Ltd. and Research in Motion Corp.*

Dated:  March 14, 2013
1098360/37280

## <u>TABLE OF CONTENTS</u>

I.      NATURE AND STAGE OF THE PROCEEDINGS ......................................................... 1

II.     SUMMARY OF ARGUMENT ................................................................................. 1

III.    STATEMENT OF FACTS ...................................................................................... 2

IV.     ARGUMENT ...................................................................................................... 2

V.      CONCLUSION .................................................................................................... 3

## TABLE OF AUTHORITIES

**Cases**

*Cal. Public Emps.' Retirement Sys. v. Chubb Corp.*,
    394 F.3d 126 (3d Cir. 2004)...................................................................................2

*In re Burlington Coat Factory Secs. Litig.*,
    114 F.3d 1410 (3d Cir. 1997)...............................................................................2

## I.     NATURE AND STAGE OF THE PROCEEDINGS

Defendants Research In Motion Ltd. and Research In Motion Corp. ("BlackBerry"[1]), and Apple Inc. ("Apple") (collectively, "Defendants") moved to dismiss or strike plaintiff Unwired Planet, Inc.'s ("UP") willful and indirect patent infringement claims in the First Amended Complaint on February 1, 2013.  D.I. 12, 13 ("Defendants' Motion").  UP opposed Defendants' Motion on February 25, 2013.  D.I. 25.  At the same time, UP filed a motion for leave to amend its complaint a second time.  D.I. 23, 24 ("UP's Motion for Leave to Amend").  On March 7, 2013, Defendants filed a reply brief in support of Defendants' Motion, arguing that UP's proposed Second Amended Complaint did not cure the defects in the First Amended Complaint. D.I. 27 ("Defendants' Reply").  Defendants now file this short opposition to UP's Motion for Leave to Amend.

## II.     SUMMARY OF ARGUMENT

As already explained in Defendants' Reply, UP's Motion for Leave to Amend should be denied because UP's proposed Second Amended Complaint, like UP's First Amended Complaint, does not state a claim for willful or indirect patent infringement.  UP has not sufficiently alleged claims for indirect infringement.  As a matter of law, UP cannot allege claims for willful infringement because of UP's unequivocal admissions that Defendants' products do not infringe the patents-in-suit under the claim construction ruling issued by the Administrative Law Judge at the International Trade Commission ("ITC").

---

[1] RIM announced on January 30, 2013 that it would be doing business as BlackBerry.

## III.    STATEMENT OF FACTS

Relevant facts concerning the ITC case are set forth in Defendants' Motion.  D.I. 13 at 3-4.  The reasons why the Second Amended Complaint is still deficient in its willful and indirect infringement claims are set forth in Defendants' Reply.  D.I. 27 at 2-10.

## IV.    ARGUMENT

For the reasons stated in Defendants' Reply (D.I. 27), UP's proposed Second Amended Complaint does not state a claim for willful or indirect patent infringement because:

- Defendants cannot willfully infringe or be objectively reckless in light of UP's admissions in the ITC case after the claim construction ruling that Defendants' products do not infringe.  *Id.* at 8-10.

- UP has not pleaded knowledge of the existence of the patents before 2010 or 2011.  *Id.* at 3-4.

- UP has not correctly pleaded that the accused devices are "not a staple article or commodity of commerce suitable for substantial noninfringing use."  *Id.* at 4-7.

- UP pleads knowledge of infringement solely on information and belief.  *Id.* at 7-8.

Leave to amend is futile because the proposed Second Amended Complaint does not cure the problems with the First Amended Complaint.  *See, e.g.*, *Cal. Public Emps.' Retirement Sys. v. Chubb Corp.*, 394 F.3d 126, 165 (3d Cir. 2004) (leave to amend may be denied if the amendment is futile); *In re Burlington Coat Factory Secs. Litig.*, 114 F.3d 1410, 1434 (3d Cir. 1997) (amendment is futile if even the amended pleading would fail to state a claim upon which relief could be granted).

## V.      CONCLUSION

UP has not pleaded sufficient facts to state a claim for willful or indirect infringement.

UP's proposed Second Amended Complaint does not correct the deficiencies and, therefore,

Defendants' Motion should be granted and UP's Motion to Amend should be denied.

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Bruce A. Wessel
Alan J. Heinrich
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA  90067
Tel:  (310) 277-1010
bwessel@irell.com
aheinrich@irell.com

By:  /s/ David E. Moore
   Richard L. Horwitz (#2246)
   David E. Moore (#3983)
   Bindu A. Palapura (#5370)
   Hercules Plaza, 6th Floor
   1313 N. Market Street
   Wilmington, DE  19801
   Tel:  (302) 984-6000
   rhorwitz@potteranderson.com
   dmoore@potteranderson.com
   bpalapura@potteranderson.com

*Attorneys for Defendants Research in Motion
Ltd. and Research in Motion Corp.*

MORRIS JAMES LLP

OF COUNSEL:

Josh Krevitt
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY  10166-0193
Tel.: 212.351.4000
Fax: 212.351.4035

H. Mark Lyon
Y. Ernest Hsin
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA  94304-1211
Tel.: 650.849.5300
Fax: 650.849.5333

By:  /s/ Mary B. Matterer
   Richard K. Herrmann (#405)
   Mary B. Matterer (#2696)
   Kenneth L. Dorsney (#3726)
   500 Delaware Avenue, Suite 1500
   Wilmington, Delaware 19801
   (302) 888-6800
   rherrmann@morrisjames.com
   mmatterer@morrisjames.com
   kdorsney@morrisjames.com

*Attorneys for Defendant Apple Inc.*

Dated:  March 14, 2013
1098360 / 37280

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on March 14, 2013, the attached document was

electronically filed with the Clerk of the Court using CM/ECF which will send notification to the

registered attorney(s) of record that the document has been filed and is available for viewing and

downloading.

I further certify that on March 14, 2013, the attached document was Electronically

Mailed to the following person(s):

Jack B. Blumenfeld
Rodger Dallery Smith, II
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
jbbefiling@mnat.com
rdsefiling@mnat.com
*Attorneys for Plaintiff Openwave Systems, Inc.*

Benjamin Levi
John Shumaker
Theodore Stevenson, III
McKool Smith, P.C.
1999 K Street, NW, Suite 600
Washington, DC  20006
blevi@mccoolsmith.com
jshumaker@mccoolsmith.com
tstevenson@mckoolsmith.com
*Attorneys for Plaintiff Openwave Systems, Inc.*

Richard K. Herrmann
Kenneth Laurence Dorsney
Mary Matterer
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE  19899-2306
rherrmann@morrisjames.com
kdorsney@morrisjames.com
mmatterer@morrisjames.com
*Attorneys for Defendant Apple Inc.*

Y. Ernest Hsin
H. Mark Lyon
Gibson, Dunn & Crutcher
1881 Page Mill Road
Palo Alto, CA  94304
ehsin@gibsondunn.com
mlyon@gibsondunn.com
*Attorneys for Defendant Apple Inc.*

Josh Krevitt
Etai Lahav
Gibson, Dunn & Crutcher
200 Park Avenue
New York, NY  10166
jkrevitt@gibsondunn.com
elahav@gibsondunn.com
*Attorneys for Defendant Apple Inc.*

Brooke Myers Wallace
Gibson, Dunn & Crutcher
333 South Grand Avenue
Los Angeles, CA  90071
bwallace@gibsondunn.com
*Attorneys for Defendant Apple Inc.*

Mark Reiter
Gibson, Dunn & Crutcher
2100 McKinney Avenue
Dallas, TX  75201
mreiter@gibsondunn.com
*Attorneys for Defendant Apple Inc.*

By:   */s/ David E. Moore*
      Richard L. Horwitz
      David E. Moore
      Bindu A. Palapura
      POTTER ANDERSON & CORROON LLP
      Tel:  (302) 984-6000
      rhorwitz@potteranderson.com
      dmoore@potteranderson.com
      bpalapura@potteranderson.com

1092732 / 37280

2