## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OPENWAVE SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC., RESEARCH IN MOTION LTD. and RESEARCH IN MOTION CORP., <br><br> Defendants. | C.A. No. 11-765 (RGA) <br><br> **JURY TRIAL DEMANDED** |

### DEFENDANTS' MOTION FOR
### SUMMARY JUDGMENT OF NON-INFRINGEMENT

Defendants Blackberry Ltd. (f/k/a Research In Motion Ltd.) and Blackberry Corp. (f/k/a Research In Motion Corp.) (together, "Blackberry") and Apple Inc. ("Apple") respectfully move for summary judgment of non-infringement of U.S. Patent Nos. 6,405,037; 6,430,409; and 6,625,447 (the "Asserted Patents").

The grounds for this motion are set forth in Defendants' Opening Brief in Support of Motion for Summary Judgment of Non-Infringement, which is being filed contemporaneously herewith.

| | |
|---|---|
| */s/ Richard L. Horwitz* <br> Richard L. Horwitz (#2246) <br> David E. Moore (#3983) <br> Bindu A. Palapura (#5370) <br> POTTER ANDERSON & CORROON LLP <br> Hercules Plaza, 6th Floor <br> 1313 N. Market Street <br> Wilmington, DE 19801 <br> (302) 984-6000 <br> rhorwitz@potteranderson.com <br> dmoore@potteranderson.com <br> bpalapura@potteranderson.com | */s/ Mary B. Matterer* <br> Richard K. Herrmann (#405) <br> Mary B. Matterer (#2696) <br> MORRIS JAMES LLP <br> 500 Delaware Avenue, Suite 1500 <br> Wilmington, DE 19801 <br> (302) 888-6800 <br> rherrmann@morrisjames.com <br> mmatterer@morrisjames.com |

| | |
|---|---|
| OF COUNSEL:<br>Bruce A. Wessel<br>Alan J. Heinrich<br>IRELL & MANELLA LLP<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, CA 90067<br>(310) 277-1010<br>bwessel@irell.com<br>aheinrich@irell.com<br><br>*Attorneys for Defendants BlackBerry Ltd. and BlackBerry Corp.*<br><br><br>Dated: April 29, 2014 | OF COUNSEL:<br>Josh A. Krevitt<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY 10166<br>(212) 351-4000<br>jkrevitt@gibsondunn.com<br><br>H. Mark Lyon<br>Y. Ernest Hsin<br>GIBSON, DUNN & CRUTCHER LLP<br>1881 Page Mill Road<br>Palo Alto, CA 94304<br>(650) 849-5300<br>mlyon@gibsondunn.com<br>ehsin@gibsondunn.com<br><br>*Attorneys for Defendant Apple Inc.* |

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| OPENWAVE SYSTEMS, INC., <br><br>        Plaintiff, <br><br> v. <br><br> APPLE INC., RESEARCH IN MOTION LTD. and RESEARCH IN MOTION CORP., <br><br>        Defendants. | C.A. No. 11-765 (RGA) <br><br> **JURY TRIAL DEMANDED** |

**[PROPOSED] ORDER**

Having considered Defendants' Motion for Summary Judgment of Non-Infringement and all related briefing and argument,

**IT IS HEREBY ORDERED** this ____ day of _____, 2014 that the Motion is **GRANTED.**

                                                                                                                            _____
                                                                                                                   UNITED STATES DISTRICT COURT JUDGE