IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OPENWAVE SYSTEMS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 11-765 (RGA) |
| | ) |
| APPLE INC., RESEARCH IN MOTION LTD. | ) |
| and RESEARCH IN MOTION CORP., | ) |
| | ) |
| Defendants. | ) |

**FINAL JUDGMENT OF NONINFRINGEMENT FOR ALL ACCUSED PRODUCTS
UNDER THE COURT'S CLAIM CONSTRUCTION ORDER**

For the reasons set forth in the Stipulation And Order Regarding Judgment Of Non-Infringement For All Accused Products Under The Court's Claim Construction Order (D.I. 101), final judgment of non-infringement as to all asserted patents is hereby entered in favor of Apple Inc., BlackBerry Ltd. (f/k/a Research In Motion Ltd.), and BlackBerry Corp. (f/k/a Research In Motion Corp.) (collectively "Defendants"). In addition, Defendants' unadjudicated affirmative defenses and counterclaims are dismissed without prejudice consistent with the terms of the Stipulation and Order (D.I. 101, ¶ 9).

October 14, 2014

_Richard G. Andrews_
The Honorable Richard G. Andrews